UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOs. 5:14-MJ-1347 through 5:14-MJ-1428
NOs. 5:14-MJ-1430 through 5:14-MJ-1552
NOs. 5:14-MJ-1554 through 5:14-MJ-1581
NOs. 5:14-MJ-1759 through 5:14-MJ-1762

| | |
|---|---|
| IN THE MATTERS OF THE SEIZURES ) | |
| OF LOCATIONS WITHIN THIS ) | MOTION TO SEAL |
| DIVISION ) | |

The United States requests that the Applications, Affidavits, this Motion to Seal and any Order Sealing in the above captioned matters be sealed until further order of the court. The Applications and Affidavits contain information concerning an ongoing investigation being conducted by North Carolina Alcohol Law Enforcement (NCALE), the IRS, and the FBI. This information indicates the identities of potential targets and witnesses, as well as the focus of the Government's investigation and its theories regarding criminal liability. Disclosure of this information would alert other potential targets of the existence, scope, and details of the investigation. Disclosure, therefore, would pose a risk of destruction of additional evidence and may otherwise compromise the investigation currently being conducted. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989).

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced documents until further order of the court, except that copies may be maintained by the United States Attorney's Office and may be served on Special Agents and

other investigative and law enforcement officers of NCALE, the FBI, the IRS, and other state and federal government and contract personnel acting under the supervision of law enforcement.

Respectfully submitted this 5th day of May, 2014.

                      THOMAS G. WALKER
                      United States Attorney

                      *David A. Bragdon* (signature)

                      DAVID A. BRAGDON
                      Assistant United States Attorney, Criminal Division
                      U.S. Attorney's Office
                      310 New Bern Avenue, Suite 800
                      Raleigh, NC 27601
                      Phone: 919-856-4530; Fax: 919-856-4487
                      e-mail: david.bragdon@usdoj.gov
                      State Bar No. 33564